No. 72–1472. NOOTER CORP. *v.* WILSON ET AL. C. A. 1st Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 72–1488. EBERHARDT ET AL. *v.* MARYLAND. Ct. Sp. App. Md. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 72–1496. MADERA *v.* BROOKLYN BAR ASSN. Ct. App. N. Y. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 72–1512. JOHNSON *v.* GARTLAN ET UX. C. A. 4th Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 72–1521. SICILIA *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 72–1536. BRUNNER & LAY, INC. *v.* INGERSOLL-RAND CO. C. A. 5th Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 72–1546. MOORE *v.* KENTUCKY. Ct. App. Ky. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 72–1561. PARADISE PALMS COMMUNITY ASSN. *v.* PARADISE HOMES ET AL. Sup. Ct. Nev. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 72–1562. BURAS ET AL. *v.* UNITED STATES ET AL. C. A. 5th Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.